Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23046 Ave de la Carlota, Ste 600
Laguna Hills, CA 92653
Direct : 949 859 9200
Fax : 949 954 8333
email : sahelianlaw@me.com

Attorneys for Marylee C. Reeder and Il Fornaio (America) Corp.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

| | |
|---|---|
| Brian Whitaker,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Marylee C. Reeder; Il Fornaio (America) Corp,<br><br>　　　　Defendants | **CASE NO.: 2:19-cv-04341-SVW-AFM**<br><br>**THE HONORABLE STEPHEN V. WILSON**<br><br>NOTICE OF LODGING OF TRIAL VIDEO<br>Complaint Filed: 5/20/19<br>Trial Date: 2/18/20 |

- Page 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2001

## **NOTICE OF LODGING OF TRIAL VIDEO**

Per the Deputy Clerk's instructions, the trial video of Plaintiff Brian Whitaker will be lodged at the fourth floor information window, by Mr. Gary Wade of Wade Enterprises, the videographers.

Respectfully submitted: Thursday, February 27, 2020

_____

Ara Sahelian, Esq.
SAHELIAN LAW OFFICES
Attorneys for Defendants